# IN THE SUPREME COURT OF TENNESSEE
## AT NASHVILLE

## IN RE:  PROPOSED AMENDMENTS TO SUPREME COURT RULE 31 – ALTERNATIVE DISPUTE RESOLUTION

### No.  M2000-03060-SC-RL-RL

### Filed: April 26, 2001

### ORDER

On December 14, 2000, the Court entered an order soliciting written responses from the bar and the public concerning the Alternative Dispute Resolution Commission's recommendation to amend Rule 31, Tenn. S. Ct. R.  A copy of the Commission's proposed amended rule was attached to the order as Exhibit 1.  The deadline for written responses was March 30, 2001.

The Court directed the Commission to serve the order on the bar associations of the State. However, it appears that the order was not served on the bar associations due to an oversight; for this reason, the Court is extending the deadline for the submission of written comments.

The Court hereby extends the deadline for filing written comments to Thursday, May 31, 2001.  Comments should be addressed to:

> Cecil V. Crowson, Clerk
> Tennessee Supreme Court
> 100 Supreme Court Bldg.
> 401 Seventh Avenue North
> Nashville, TN  37219-1407

The clerk is directed to provide a copy of this order to the media and to the Commission. The Court directs the Commission to serve copies of the Court's original order and Exhibit 1 (entered on December 14, 2000) and this supplemental order upon the bar associations of the State.  The Commission is directed to file a certificate of service with the clerk certifying compliance with this order.

FOR THE COURT:

_____
Riley Anderson, Chief Justice